AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE 5/22/07 | CASE NUMBER 07-105M | OPERATOR KINCAID | | | PAGE NUMBER |
|---|---|---|---|---|---|
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Gov't WITNESS ATF Special Agent Diane Iardella | 11:51 am | 11:55 am | 12:07 pm | 12:10 excused | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov 1 | Copy of Criminal Complaint & Affidavit | NO OBJ | NO OBJ. |

FILED
MAY 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE